CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 14 2016

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **DONALD LEE HESS,** | ) | CASE NO. 7:16CV00262 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| | ) | |
| **BARRY VIERS, ET AL.,** | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this action is **DISMISSED** without prejudice for failure to prosecute, see Fed. R. Civ. P. 41(b); defendant's motions (ECF Nos. 14 and 20) are **DISMISSED** without prejudice; and the action is stricken from the active docket of the court.

ENTER: This 14th day of October, 2016.

/s/ Glen E. Conrad
Chief United States District Judge